UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RICHARD RUOFF,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO,<br><br>Respondent. | Case No. 22-cv-01207-JST<br><br>**SCHEDULING ORDER** |

Petitioner Joshua Richard Ruoff, an incarcerated person at Mule Creek State Prison, filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His petition is now before the Court for review pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

This Court may entertain a petitioner for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. "Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory or palpably incredible, or patently frivolous or false." *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990) (quotation marks, alteration marks, and citations omitted).

None of the claims raised in the petition warrants summary dismissal. However, Petitioner acknowledges that not all of his claims are exhausted and states an intent to "seek a stay of these proceedings to allow him to complete state court exhaustion as to his unexhausted claims pursuant

to *Rhines v. Weber*, 544 U.S. 269 (2005)." ECF No. 1 at 8.  Accordingly, it is hereby ordered that:

1. The Clerk shall serve electronically a copy of this order upon Respondent and Respondent's attorney, the Attorney General of the State of California, at the following email address: SFAWTParalegals@doj.ca.gov.  The petition and the exhibits thereto are available via the Electronic Case Filing System for the Northern District of California.

2. Petitioner shall file his motion to stay within **28 days** of the date of this order.  Respondent shall file an opposition or statement of non-opposition within **21 days** of the date the motion is filed.  Petitioner may file a reply within **14 days** of the date the opposition is filed.  The motion to stay will then be deemed under submission without oral argument unless otherwise ordered.

3. The Court will defer setting a schedule for Respondent to answer the petition until after it rules on Petitioner's stay motion.

4. Upon a showing of good cause, requests for reasonable extensions of time will be granted provided they are filed on or before the deadline they seek to extend.

**IT IS SO ORDERED.**

Dated: March 8, 2022

_____
JON S. TIGAR
United States District Judge